[No. 32813-1-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BRIMMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07683-3, Robert S. Lasnik, J., entered May 10, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31441-6-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES C. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00397-2, David A. Nichols, J., entered September 10, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31617-6-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03346-8, Anthony P. Wartnik, J., entered October 26, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30934-0-I.   Division One.   October 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05593-5, Anthony P. Wartnik, J., entered June 15, 1992. *Affirmed* by unpublished per curiam opinion.